UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Rene MARES-Inzunza,<br><br>    Defendant | Magistrate Docket No. 08 MJ 0167<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **January 20, 2008** within the Southern District of California, defendant, **Rene MARES-Inzunza**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                               _____
                               SIGNATURE OF COMPLAINANT
                               James Trombley
                               Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **January 2008**

                               _____
                               Jan M. Adler
                               UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Rene MARES-Inzunza**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 20, 2008, Border Patrol Agent M. Slack was performing line watch duties for the Imperial Beach Border Patrol Station in an area known as "Spooner's Mesa". "Spooner's Mesa" is approximately 4 1/2 miles west of the San Ysidro, California Port of Entry and approximately 50 yards north of the United States/Mexico International Border Fence. This area is commonly used by illegal aliens to further their entry into the United States. At approximately 7:40 A.M., after responding to the immediate area of a seismic sensor activation Agent Slack observed two individuals attempting to conceal themselves in some shrubbery in an area known as the "33 Draw". Agent Slack approached both individuals, including one later identified as the defendant **Rene MARES-Inzunza**, and identified herself as a United States Border Patrol Agent and questioned the defendant and the other individual as to their citizenship. The defendant and the other individual freely admitted to being citizens of Mexico who did not possess any immigration documents that would allow them to legally enter or remain in the United States. The defendant and the other subject were placed under arrest and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 28, 2007** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights, which he stated he understood and was willing to answer questions without having an attorney present. The defendant stated that he is a citizen and national of Mexico not in possession of any immigration documents that would allow him to be or remain in the United States legally.

**Executed on January 21, 2008 at 10:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **January 20, 2008**, in violation of Title 8, United States Code, Section **1326**.

_____            1/21/08 @ 10:32 a.m.
Jan M. Adler                          Date/Time
United States Magistrate Judge